Glenn R. Kantor, SBN 122643
gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Suite 1400
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Regina Tarallo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| REGINA TARALLO,<br><br>   Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>   Defendant. | CASE NO: 5:24-cv-02093-KK-SP<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. 5:24-cv-02093-KK-SP is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: June 27, 2025      BY: _____

Honorable Kenly Kiya Kato
United States District Judge